UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 08-cr-83-01-JD

<u>Enrique Ramirez-Reyes, a/k/a Jessi Ramirez</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            <u>/s/Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: September 8, 2008


cc: Jessica Brown, Esq.
    Mark Zuckerman, Esq.
    U.S. Marshal
    U.S. Probation